**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIT UW LIMITED, the capital provider for Lloyd's Syndicate 2987, which Syndicate subscribed severally as its interests appeared thereon but not jointly as the Lead Underwriter to Certificate Nos. PK1004309, PK1004310, PK1004311 and PK1004312, <br><br> Plaintiff, <br><br> v. <br><br> VILLAGE OF SCHAUMBURG, et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No.      14-cv-8503 ) ) ) ) ) |

## REVISED STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, BRIT UW LIMITED and VILLAGE OF SCHAUMBURG hereby stipulate and agree that all claims and counterclaims in this matter are dismissed with prejudice, each party to bear its own costs and fees, with all rights of appeal waived.

Respectfully submitted,

BRIT UW LIMITED

By: /s/ Robert P. Arnold

Robert P. Arnold
WALKER WILCOX MATOUSEK LLP
One North Franklin, Suite 3200
Chicago, Illinois 60606
(312) 244-6783
rarnold@wwmlawyers.com

VILLAGE OF SCHAUMBURG

By: /s/ Howard C. Jablecki

Howard C. Jablecki
KLEIN, THORPE AND JENKINS, LTD.
20 N. Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400
hcjablecki@ktjlaw.com

By: /s/ Julie O. Herrera

Julie O. Herrera
Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812
www.julieherreralaw.com

By: /s/  Jonathan Levy

Jonathan Levy
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3100
Jlevy@cozen.com

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that a true and correct copy of the aforementioned Revised Stipulation to Dismiss was filed via the Court's electronic (ECF) filing system and served upon:

Julie O. Herrera
Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812
www.julieherreralaw.com

Jonathan Levy
The Blake Horwitz Law Firm
111 W. Washington, Suite 1611
Chicago, IL 60602
(312) 676-2100
jlevy@bhlfattorneys.com

Howard C. Jablecki
KLEIN, THORPE AND JENKINS, LTD.
20 N. Wacker Drive, Suite 1660
Chicago, Illinois 60606
hcjablecki@ktjlaw.com

on this 25th day of July, 2018.

/s/ Linda M. Waschow